■ SAVERIO DE ANGELO, Appellant, v. MAZELLA CONSTRUCTION INC., et al., Respondents. MAZELLA CONSTRUCTION INC., Third-Party Plaintiff-Appellant, v. BEEKMAN BUILDERS, INC., Third-Party Defendant-Respondent.— Judg-

ment unanimously affirmed, with costs to the respondents. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, J '.